| | |
|---|---|
| ERIC EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. |
| PAR ELECTRICAL CONTRACTORS, INC. | ) |
| | ) |
| | ) |
| and | ) |
| | ) |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 53 | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant International Brotherhood of Electrical Workers Local No. 53 ("IBEW Local 53" or "the Union"), through its undersigned counsel, hereby submits this Notice of Removal of the above-captioned action from the Sixteenth Judicial Circuit Court of Jackson County, Missouri, to the United States District Court for the Western District of Missouri. This Court has original jurisdiction under 28 U.S.C. §§ 1331, 1441, *et seq.* and supplemental jurisdiction under 28 U.S.C. § 1367. In further support of this removal petition, IBEW Local 53 states as follows:

## BACKGROUND

1. On or about January 11, 2019, Plaintiff Eric Edwards ("Plaintiff") filed his Petition ("Pet.") in the Sixteenth Judicial Circuit Court of Jackson County, Missouri ("the State Court Action"). The State Court Action is styled *Eric Edwards v. PAR Electrical Contractors, Inc., and International Brotherhood of Electrical Workers,*

1

*Local No. 53,* Case No. 1916-CV1702. A copy of Plaintiff's Petition is attached hereto.

2. In the Petition, Plaintiff alleges that IBEW Local 53 and PAR Electrical Contractors discriminated against him under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.* ("Title VII").

    a. In Count IV, Plaintiff alleges race discrimination under Title VII. Pet. ¶¶ 58-62.

    b. In Count V, Plaintiff alleges retaliation under Title VII. Pet. ¶¶ 63-68.

    c. In Count VI, Plaintiff alleges a hostile work environment under Title VII. Pet. ¶¶ 69-75.

3. In the Petition, Plaintiff also alleges that IBEW Local 53 and PAR Electrical Contractors discriminated against him in violation of 42 U.S.C. § 1981.

    a. In Count VII, Plaintiff alleges race discrimination under 42 U.S.C. § 1981. Pet. ¶¶ 76-81.

    b. In Count VIII, Plaintiff alleges retaliation under 42 U.S.C. § 1981. Pet. ¶¶ 82-87.

    c. In Count IX, Plaintiff alleges a hostile work environment under 42 U.S.C. § 1981. Pet. ¶¶ 88-94.

4. In the Petition, Plaintiff also alleges that IBEW Local 53 and PAR Electrical Contractors discriminated against him under the Missouri Human Rights Act, Mo. Rev. Stat. § 213.010, *et seq.*

    a. In Count I, Plaintiff alleges race discrimination under the Missouri Human Rights Act. Pet. ¶¶ 40-44.

2

b. In Count II, Plaintiff alleges retaliation under the Missouri Human Rights Act. Pet. ¶¶ 45-50.

c. In Count III, Plaintiff alleges a hostile work environment under the Missouri Human Rights Act. Pet. ¶¶ 51-57.

5. As set forth more fully below, this case is properly removed to this Court under 28 U.S.C. § 1441 because IBEW Local 53 has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

6. As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders from the State Court Action is attached as **Exhibit A** and is incorporated herein by reference.

## I.   **IBEW LOCAL 53 HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL**

7. This removal is timely filed. On January 11, 2019, Plaintiff filed his Petition. IBEW Local 53 was served with Plaintiff's Petition on January 22, 2019. Accordingly, this Notice of Removal is timely filed within 30 days of that date and within one year after the original Petition was filed. *See* 28 U.S.C. § 1446(b)(1)-(2).

8. Venue is proper in this Court for purposes of removal. The Sixteenth Judicial Circuit Court of Jackson County, Missouri is located within the Western District of Missouri, and, therefore, venue is proper in this Court pursuant to 28 U.S.C. § 105(b)(3) because it is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

9. Undersigned counsel has conferred with Counsel for Par Electrical Contractors, Inc., who has indicated that Par Electrical Contractors, Inc. consents to this removal.

3

10. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court.

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff, and a copy is being filed with the Circuit Court of Jackson County, Missouri.

## II.    **THIS COURT HAS SUBJECT MATTER JURISDICTION**

12. The Court has jurisdiction under 28 U.S.C. § 1331 over all claims arising under the laws of the United States.

13. Plaintiff's Petition raises federal question claims under both Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.* and 42 U.S.C. § 1981.

14. Moreover, this Court has supplemental jurisdiction over the state claims in this matter pursuant to 28 U.S.C. § 1367 because Plaintiff's Missouri Human Rights Act, Mo. Rev. Stat. § 213.010, *et seq.* claims are "so related" to his Title VII and 42 U.S.C. § 1981 claims and arise out of "the same case or controversy." 28 U.S.C. § 1367(a).

WHERFORE, Defendant IBEW Local 53 respectfully removes this action from the Circuit Court of Jackson County, in the State of Missouri, bearing Case No. 1916-CV1702, to this Court pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446.

Dated:  February 20, 2019

Respectfully Submitted,

BLAKE & UHLIG, P.A.

/s/ Scott L. Brown
Scott L. Brown MO #53154
753 State Ave, Suite 475
Kansas City, Kansas 66101
Phone: (913) 321-8884
Fax:    (913) 321-2396
Attorneys for IBEW Local 53

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the above was served via U.S. Mail this 20th day of February, 2019.

Henry W. Tanner Jr.
The Law Firm of Henry Tanner LLC
1432 E. 49th Terrace,
Kansas City, Missouri 64110
Telephone: 816.547.2162
Facsimile: 816.393.0338
Email: henry@htannerlaw.com
Attorney for Plaintiff Eric Edward

Brian Zickefoose
Polsinelli, PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
bzickefoose@polsinelli.com
Attorney for Par Electrical Contractors

/s/ Scott L. Brown

5